UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|     Appellee, | : |
| | :   Appeal No. 23-4235 |
| v. | : |
| | : |
| ANDREW BRADLEY GEARHEART, | : |
|     Appellant | : |

## **UNITED STATES' MOTION TO FILE A SUPPLEMENTAL APPENDIX UNDER SEAL**

The United States of America, through undersigned counsel, hereby moves to file a supplemental appendix under seal. The supplemental appendix contains a copy of the Pretrial Services Report, which is cited to repeatedly in the United States' Memorandum Response Brief in this case.

Counsel for the Appellant has been contacted and has indicted he does not object to this motion.

1

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney


/s/ Jennifer R. Bockhorst
Attorney for United States of America
Tennessee Bar No. 021395
U.S. Attorney's Office
180 West Main Street
Abingdon, Virginia 24210
276-628-4161
276-628-7399 (fax)


CERTIFICATE OF SERVICE

I certify on Wednesday, April 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the defendant.

/s/ Jennifer R. Bockhorst

2