FILED: May 3, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4235
(7:23-cr-00013-TTC-PMS-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ANDREW BRADLEY GEARHEART

    Defendant - Appellant

_____

O R D E R
_____

Upon review of memoranda relative to this bail appeal, the court affirms the district court's order regarding release.

Entered at the direction of Judge Thacker with the concurrence of Judge King and Judge Richardson.

For the Court

/s/ Patricia S. Connor, Clerk